UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| HOLLY DENTON, | Case No.: 8:17-cv-2953-T-33TBM |
| Plaintiff, |  |
| vs. |  |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC |  |
| Defendant. |  |

**NOTICE OF VOLUNTARY DISMISSAL**

Holly Denton voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: December 20, 2017        Respectfully submitted,

/s/ Michael L. Greenwald
Michael L. Greenwald
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
561-826-5477
561-961-5684 (Fax)
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing to be filed electronically with the Court's ECF system on December 20, 2017, which will cause a copy to be served on all counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald